UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

John Shingler,

Plaintiff,

vs.

Soo Line Railroad d/b/a CP Rail System,

Defendant.

**STIPULATION OF DISMISSAL AND ORDER**

Civil No. 00-301 (MJD/JGL)

---

The above-entitled action, having been fully compromised and settled,

IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto, through their respective counsel, that said action may be and hereby is dismissed with prejudice and on the merits, but without further costs to any of the parties.

IT IS FURTHER STIPULATED AND AGREED that any of the parties, without notice to the others, may cause judgment of dismissal with prejudice and on the merits to be entered herein.

DATED: 4-6, 2000

SCHROEDER & MANDEL, P.A.

By ______
Richard L. Schroeder (231629)
Attorneys for Plaintiff
3900 Northwoods Drive, Suite 200
St. Paul, MN 55112
Tele: (651) 490-9500

DATED: 4-7, 2000

RIDER, BENNETT, EGAN & ARUNDEL, LLP

By ______
Jeffrey R. Schmidt (96970)
Max C. Ramsey (190305)
Attorneys for Defendant
333 South Seventh Street
Minneapolis, Minnesota 55402
(952) 340-8901

FILED APR 17 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD APR 17 2000
DEPUTY CLERK ______

**ORDER**

Pursuant to the foregoing Stipulation, the above-entitled action is hereby dismissed with prejudice and without cost to any party and judgment may be entered accordingly.

LET JUDGMENT BE ENTERED ACCORDINGLY.

BY THE COURT:

Michael J. D.

Dated: 4-17, 2000

Judge of United States District Court

509619-1